UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL A. MILLER,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 06-1246-HA

JUDGMENT

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for the calculation and award of benefits to plaintiff Michael Miller.

    Dated this   25   day of  February, 2008.

                                                  /s/ Ancer L. Haggerty
                                                    Ancer L. Haggerty
                                               United States District Judge