Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'08 MAR 14 10:24USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHEAL MILLER | CV 06-1246-HA |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $4,548.08 for attorney fees to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney

It is so ORDERED

Dated this __14__ day of 2008

United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES